No. 11–6384. BROWN v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–6386. MCDOWELL v. MISSISSIPPI ET AL. C. A. 5th Cir. Certiorari denied.

No. 11–6387. ORTEGA v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 11–6390. HURTADO v. RUNNELS, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 11–6393. FOWLER v. HOWELL. C. A. 8th Cir. Certiorari denied. 

No. 11–6395. HOLLINS v. FULTON COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 11–6397. GARRISON v. ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–6400. FUQUA v. FINN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6403. JACOBS v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 11–6405. GARY v. CLARKE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied. 

No. 11–6408. MARTIN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 11–6409. CABALLERO v. HARTLEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–6410. CAMPBELL v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–6411. CODDINGTON v. OKLAHOMA. Ct. Crim. App. Okla.· Certiorari denied.